FILED

APR 20 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:22CR00217 RWS/NCC** |
| JEFFERY ALEXANDER, | ) ) ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 13, 2022, in Saint Louis County, within the Eastern District of Missouri,

**JEFFERY ALEXANDER,**

the defendant herein, by force and violence or by intimidation, take from the person and presence of an employee of the US Bank, 1000 N. Highway 67, Florissant, Missouri, 63031, United States currency, belonging to and in the care, custody, control, management and possession of US Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

The Grand Jury further charges that:

On or about April 13, 2022, in Saint Louis County, within the Eastern District of Missouri,

**JEFFERY ALEXANDER,**

the Defendant herein, during and in relation to a crime of violence, namely, the robbery of US Bank as set forth above in Count One, did use or carry a firearm or in furtherance of that crime of violence did possess a firearm and did brandish or discharge one or more firearms.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The Grand Jury charges that:

On or about April 13, 2022, in Saint Louis County, within the Eastern District of Missouri,

**JEFFERY ALEXANDER,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ASHLEY M. WALKER, #67175MO
Assistant United States Attorney